AO 240-1 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Nelson L. Bruce | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| REV Federal Credit Union (REVFCU) et al.; | ) |
| *Defendant/Respondent* | ) |

FILED
ENTERED
COUNSEL/PARTIES OF RECORD
APR 29 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND AFFIDAVIT
(Short Form)

I am a plaintiff or petitioner in this case and attest that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I certify that the following answers are accurate:

1. *If incarcerated.* I am being held at:   n/a
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:




My gross pay or wages are:  $ 0.00          , and my take-home pay or wages are:  $ 0.00          per

*(specify pay period)*    n/a

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 2,500.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

    - 1998 Cadillac Seville approximately $300 value

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

    Electricity Bill: $140
    Water Bill: $32
    Sewer Bill: $54
    Cable Bill: $55
    Car Insurance Bill: $117

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: n/a

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
    - Alleged Mortgage debt amount of $242,000 or more - Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Loan Trust C (In litigation)
    - Alleged Car Loan Payments: $601 - Pentagon Federal Credit Union (In litigation)
    - Credit Cards: $18,000

*Declaration:* I certify that the above information is true and accurate and I understand that a false statement may result in a dismissal of my claims.

Date: 4-29-24

*Applicant's signature*

Nelson L. Bruce  U.C.C. 1-207/1-308, 1-103.6
*Printed name*