# UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA
## OPTION TO DECLINE MAGISTRATE JUDGE OVERSEEING YOUR CASE

This notice is to inform you about an important choice you have regarding who makes the decisions in your case.

**Your Case Is Currently Assigned to a Magistrate Judge**

Your case has been assigned to a U.S. Magistrate Judge. This means that the Magistrate Judge will make all the decisions in your case. Any review of the Magistrate Judge's decisions must be made by appeal to the Ninth Circuit Court of Appeals.

**How Can You Learn More?**

You can learn more information to help you understand the difference between a Magistrate Judge and a District Judge by going to the court's website: https://www.nvd.uscourts.gov/news/consenting-to-the-jurisdiction-of-a-magistrate-judge/.

**If You Would Like to Decline the Magistrate Judge Overseeing Your Case**

You have an alternative. You have the right to have a District Judge randomly assigned to hear your case. The Magistrate Judge will still be involved in your case and make certain decisions before trial, like handling discovery disputes and other pretrial and non-dispositive issues.

If you accept the Magistrate Judge assigned to preside over your case, there is nothing else you need to do. And the court will treat your inaction as your knowing and voluntary decision to proceed before the Magistrate Judge.

If you decide you want a District Judge to oversee your case, you must tell the court by completing and returning this form within **21 days of your first appearance in the case**. You can do this in two ways:

- **Online:** If you can file documents online through our court's electronic filing system, the CM/ECF system, select the "Civil" category, and then choose "Notice to Clerk re Assignment to MJ" and submit the completed form.
- **By Mail:** If you cannot file online, please mail this completed form to the court:
  LLOYD D. GEORGE U.S. COURTHOUSE
  333 LAS VEGAS BLVD SOUTH #1334
  LAS VEGAS, NV
  89101

By signing below, I choose not to have the Magistrate Judge preside over my case.

_____  _____  _____
Attorney/Party's Signature                  Party Represented                        Date Signed