# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NELSON L. BRUCE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>REV FEDERAL CREDIT UNION, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01157-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

　　　　Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The application appears to be incomplete in that Plaintiff identifies a mortgage, but has not identified the corresponding real estate he owns or its value. *See id.* at 2. Moreover and significantly, Plaintiff's application identifies $2,500 in cash on hand. *See id.* As such, it is not clear why Plaintiff is unable to pay the filing fee.

　　　　Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice. No later than September 6, 2024, Plaintiff must either pay the filing fee or file an amended application to proceed *in forma pauperis*. Any amended application to proceed *in forma pauperis* must be <u>complete</u>. Moreover, Plaintiff must file a short brief along with that application explaining why he cannot pay the filing fee given the cash available to him.

　　　　IT IS SO ORDERED.

　　　　Dated: August 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1