# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NELSON L. BRUCE,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>REV FEDERAL CREDIT UNION, et al.,<br><br>　　　Defendant(s). | Case No. 2:24-cv-01157-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 8] |

　　　In initiating this proceeding, Plaintiff filed an application to proceed *in forma pauperis*. Docket No. 1. On August 15, 2024, the Court denied that application without prejudice because it was incomplete and because it identified $2,500 in cash on hand, so it was not clear why Plaintiff was claiming to be unable to pay the filing fee. Docket No. 7. The Court ordered that, no later than September 6, 2024, Plaintiff must either pay the filing fee or file an amended application to proceed *in forma pauperis*. *Id.*[1]

　　　Plaintiff has not paid the filing fee and has not filed an amended application to proceed *in forma pauperis*. On September 9, 2024, Plaintiff instead filed a petition for evidentiary hearing on Court's accounting, budgetary funding, and reclassification of case as miscellaneous filing, with demand for judicial power inquiry and response. Docket No. 8. The Court construes this motion as seeking, firstly, clarification as to the amount of the filing fee that is due in this proceeding. Pursuant to the Judicial Conference of the United States, there is a $52 filing fee for miscellaneous matters. *See also* https://www.nvd.uscourts.gov/court-information/fee-schedule/ (the fee schedule for this District). Because this matter is before this Court on a motion to compel

---

[1] If an amended application to proceed *in forma pauperis* was filed, the Court also required Plaintiff to provide a short statement explaining why he cannot pay the filing fee given the $2,500 in cash available to him. *Id.*

1

discovery that appears to arise out of an underlying case in federal court in South Carolina, *see* Docket No. 1-1,[2] the Court clarifies that the filing fee to initiate this proceeding is $52.

With respect to the other arguments raised, the Court is not persuaded. The Court denies the requests for, *inter alia*, an accounting from the Clerk's Office and a finding that requiring a filing fee is unconstitutional.

Accordingly, Plaintiff's pending motion is **GRANTED** in that the Court clarifies that the filing fee to initiate this proceeding is $52. Plaintiff's pending motion is otherwise **DENIED**. No later than October 15, 2024, Plaintiff must either pay the $52 fee to the Clerk's Office or file an amended application to proceed *in forma pauperis*. If Plaintiff files an amended application to proceed *in forma pauperis*, it must be complete and be accompanied by a short brief explaining why Plaintiff cannot pay the $52 fee given the cash available to him.

IT IS SO ORDERED.

Dated: September 27, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] The Court herein expresses no opinion as to the sufficiency or merits of the motion to compel.