**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NELSON L. BRUCE,

      Plaintiff(s),

v.

REV FEDERAL CREDIT UNION, et al.,

      Defendant(s).

Case No. 2:24-cv-01157-CDS-NJK

**ORDER**

On August 15, 2024, the Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice. Docket No. 7. The Court noted that the application was incomplete and that it was unclear why Plaintiff was unable to pay the filing fee given that he identified having $2,500 in cash on hand. *Id.* The Court ordered Plaintiff to either pay the filing fee or file an amended application to proceed *in forma pauperis*, along with a brief explanation, by September 6, 2024. *Id.* On September 9, 2024, Plaintiff filed a motion seeking varied relief, including clarification of the amount of the filing fee. Docket No. 8. On September 27, 2024, the Court clarified that the $52 filing fee for miscellaneous actions applied in this case and ordered Plaintiff to either pay that filing fee or file an amended application to proceed *in forma pauperis*, along with a brief explanation, by October 15, 2024. Docket No. 9. To date, Plaintiff has not paid that filing fee or filed an amended application to proceed *in forma pauperis*.

Plaintiff is hereby **CAUTIONED** that this case cannot proceed without Plaintiff either paying the filing fee or filing a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a). Plaintiff is also **CAUTIONED** that he must comply with all Court orders. *See, e.g.*, Fed. R. Civ. P. 16(f). The Court will provide one final opportunity to comply with the Court's order. Plaintiff must either pay the $52 filing fee or file an amended application

to proceed *in forma pauperis*, along with a brief explanation, by November 5, 2024.  **Failure to comply with this order may result in a recommendation of dismissal.**

IT IS SO ORDERED.

Dated: October 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge