UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NELSON L. BRUCE,<br><br>       Plaintiff(s),<br><br>v.<br><br>REV FEDERAL CREDIT UNION, et al.,<br><br>       Defendant(s). | Case No. 2:24-cv-01157-CDS-NJK<br><br>**ORDER** |

On October 22, 2024, the Court issued an order indicating that Plaintiff had not paid the $52 filing fee for miscellaneous actions. Docket No. 10. The docket now reflects that Plaintiff had in fact paid that filing fee, but it was credited to a new miscellaneous action that was opened in error. *See, e.g.*, Docket No. 12. The Clerk's Office has closed the other action and transferred the pertinent filings to this action. *See* Case No. 2:24-cv-02012-APG-MDC, Docket No. 3 (D. Nev. Oct. 31, 2024). In short, the issue of the filing fee is resolved. Because the Court's prior order (Docket No. 10) was issued in error, it is hereby **VACATED**.

Now that the above clerical error has been addressed, the Court turns to Plaintiff's amended petition to compel discovery, Docket No. 11, along with a proposed summons, Docket No. 13. Given that the amended petition does not include a certificate of service, *cf.* Local Rule 5-1, it appears that service has not yet been accomplished. Accordingly, the Clerk's Office is **INSTRUCTED** to issue the proposed summons. Plaintiff must promptly effectuate service on non-party Telus International and must file a certificate of service.

IT IS SO ORDERED.

Dated: November 1, 2024

_____
Nancy J. Koppe
United States Magistrate Judge