# EXHIBIT - 1

✓ FILED         ___ RECEIVED
___ ENTERED     ___ SERVED
         COUNSEL/PARTIES OF RECORD

NOV 18 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                    MM  DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Nelson L. Bruce, | CASE NO.: 2:24-cv-01157-CDS-NJK |
| Plaintiff(s), | |
| vs. | CERTIFICATE OF SERVICE |
| TELUS International (U.S.) Corp., | |
| Defendant(s). | |

I HEREBY CERTIFY that a true and correct copy of the Summons and Plaintiff's Amended Petition to Compel Discovery from TELUS International (U.S.) Corp. has been mailed to TELUS International (U.S.) Corp. via the: UNITED STATES POST OFFICE via the UNITED STATES POSTAL SERVICE by Certified Mail Signature Required. Dated this 8th day of November, 2024.

**SENT TO:**

TELUS International (U.S.) Corp.
Attention: Legal Department
2251 South Decatur Boulevard
Las Vegas, NV 89102
Certified Mail Tracking No. 9514 8066 2226 4313 3041 48

*Nelson L. Bruce*
Nelson L. Bruce, Propria Persona, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained "with prejudice"
c/o P.O. Box 3345, Summerville, South Carolina 29484
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

# USPS Tracking®

Remove ✕

**Tracking Number:**

## 9514806622264313304148

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:00 am on November 14, 2024 in LAS VEGAS, NV 89102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
LAS VEGAS, NV 89102
November 14, 2024, 10:00 am

**Out for Delivery**
LAS VEGAS, NV 89102
November 14, 2024, 6:10 am

**Arrived at Post Office**
LAS VEGAS, NV 89102
November 14, 2024, 5:06 am

**Arrived at USPS Facility**
LAS VEGAS, NV 89102
November 14, 2024, 4:18 am

**Departed USPS Regional Facility**
LAS VEGAS NV DISTRIBUTION CENTER
November 14, 2024, 3:55 am

**Arrived at USPS Regional Destination Facility**
LAS VEGAS NV DISTRIBUTION CENTER
November 13, 2024, 8:51 pm

**In Transit to Next Facility**
November 13, 2024

**Arrived at USPS Regional Origin Facility**
COLUMBIA SC PROCESSING CENTER

November 10, 2024, 3:09 am

**Arrived at USPS Regional Origin Facility**
CHARLESTON SC PROCESSING CENTER
November 9, 2024, 4:27 pm

**USPS in possession of item**
SUMMERVILLE, SC 29483
November 8, 2024, 4:21 pm

**USPS electronic receipt of item for mailing**
SUMMERVILLE, SC 29483
November 8, 2024, 5:17 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**Return Receipt Electronic**

✓ Confirmation
Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

leonbruce81@yahoo.com

**USPS Tracking Plus®**

**Product Information**

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]

 UNITED STATES POSTAL SERVICE

November 14, 2024

Dear Nelson Bruce:

The following is in response to your request for proof of delivery on your item with the tracking number: **9514 8066 2226 4313 3041 48**.

## Item Details

**Status:** Delivered, Left with Individual
**Status Date / Time:** November 14, 2024, 10:00 am
**Location:** LAS VEGAS, NV 89102
**Postal Product:** First-Class Mail®
**Extra Services:** Certified Mail™
Return Receipt Electronic

## Shipment Details

**Weight:** 2.0oz

## Recipient Signature

Signature of Recipient: [signature]

Address of Recipient: 2251 S DECATUR BLVD, LAS VEGAS, NV 89102

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004