# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NELSON L. BRUCE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>REV FEDERAL CREDIT UNION, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01157-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 11] |

This is a miscellaneous action in which Plaintiff seeks to compel subpoena compliance. *See* Docket No. 11.[1] On November 8, 2024, Plaintiff served by certified mail the amended petition on non-party Telus International (U.S.) Corp. *See* Docket No. 16. Telus did not respond to the amended petition or otherwise appear in this action. On December 16, 2024, the Court ordered Telus to show cause in writing, no later than January 7, 2025, why Plaintiff's amended petition should not be granted as unopposed. Docket No. 17. Telus did not respond. Accordingly, Plaintiff's amended petition to compel discovery is **GRANTED** as unopposed. *See* Local Rule 7-2(d). Telus must comply with the subpoena by January 31, 2025.

The Clerk's Office is **INSTRUCTED** to send this order to non-party Telus International (U.S.) Corp. at 2251 South Decatur Boulevard, Las Vegas, NV 89102.

IT IS SO ORDERED.

Dated: January 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] A copy of the subpoena is not provided with the amended petition, but it is cited and on the docket in the related case. *Bruce v. Rev Fed. Credit*, No. 2:22-cv-01292-BHH-MGB, Docket No. 95-1 (D.S.C.).

1