# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NELSON L. BRUCE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>REV FEDERAL CREDIT UNION, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01157-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 19] |

　　　　Pending before the Court is a motion to compel compliance. Docket No. 19. Although the motion seeks an order directing action by non-party Telus International (U.S.) Corp., Plaintiff did not file a proof of service showing that he served his motion on Telus. *But see* Local Rule 5-1. Accordingly, the motion to compel is **DENIED** without prejudice.

　　　　IT IS SO ORDERED.

　　　　Dated: March 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge