# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NELSON L. BRUCE,

    Plaintiff(s),

v.

REV FEDERAL CREDIT UNION, et al.,

    Defendant(s).

Case No. 2:24-cv-01157-CDS-NJK

**ORDER**

[Docket No. 21]

This is a miscellaneous action regarding a non-party subpoena served on Telus International (U.S.) Corp. On January 14, 2025, the Court granted Plaintiff's motion to compel subpoena compliance. Docket No. 18. Now pending before the Court is Plaintiff's further motion to compel Telus to provide a sworn affidavit in support of its representation that it lacks possession, custody, or control of any documents responsive to the subpoena. Docket No. 21. The motion was served on Telus on March 19, 2025. *Id.* at 4. Telus has not filed a response. Accordingly, the Court **GRANTS** as unopposed Plaintiff's motion to compel Telus to provide a sworn affidavit. *See* Local Rule 7-2(d). <u>Telus must provide Plaintiff with this affidavit by May 7, 2025</u>.

The Clerk's Office is **INSTRUCTED** to send this order to non-party Telus International (U.S.) Corp. at 2251 South Decatur Boulevard, Las Vegas, NV 89102.

IT IS SO ORDERED.

Dated: April 23, 2025

                                                                                             _____
                                                                                             Nancy J. Koppe
                                                                                             United States Magistrate Judge

1