# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NELSON L. BRUCE,<br><br>    Plaintiff(s),<br><br>v.<br><br>REV FEDERAL CREDIT UNION, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01157-CDS-NJK<br><br>**Order** |

    This is a miscellaneous action involving only a dispute as to a non-party subpoena. No action has been taken in this case for months, so it is not clear that any issues remain for judicial involvement. On July 28, 2025, the Court ordered Plaintiff to show cause in writing, no later than August 6, 2025, why this action should not be closed. Docket No. 24 (citing Fed. R. Civ. P. 41(b)). The court has not received any response to the order to show cause. Accordingly, the Clerk's Office is **INSTRUCTED** to administratively close this miscellaneous action.

    IT IS SO ORDERED.

    Dated: August 8, 2025

                                                                                                                   _____
                                                                                                      Nancy J. Koppe
                                                                                                      United States Magistrate Judge